**ORDERED in the Southern District of Florida on January 14, 2025.**

Peter D. Russin, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:

MIRROR TRADING INTERNATIONAL (PTY) LTD,
Debtor in a Foreign Proceeding
_______________________________/

Case No.: 23−11046−PDR

Chapter 15

CHAVONNES BADENHORST ST CLAIR COOPER, in his capacity as the Foreign Representative of Mirror Trading International (PTY) Ltd,
Plaintiff,

Adv. Pro. No.: 24-01088−PDR

v.

NATHAN BOEGER,
Defendant.
_______________________________/

**JUDGMENT IN CIVIL ACTION**

This adversary proceeding came on for hearing on January 7, 2025 (“Hearing”), on the Motion for Default Final Judgment by the Court Against Defendant, Notice of Dropping/Dismissal

of Count(s) and Attorneys' Fee Claim, and Request for Judicial Notice Pertaining to Value of Bitcoin (the "Motion") (D.E. 12) filed by Chavonnes Badenhorst St Clair Cooper (the "Liquidator") as one of the duly appointed liquidators of the bankruptcy estate of Mirror Trading International (PTY) Ltd ("MTI") and the acknowledged foreign representative in this case (the "Foreign Representative" or "Plaintiff"), which Motion this Court has granted by separate order ("Order Granting Judgment"). Accordingly, for the reasons set forth in the Order Granting Judgment it is ORDERED and ADJUDGED that:

1. Under Section 32(3) of the South African Insolvency Act, Plaintiff is entitled to the return from Defendant NATHAN BOEGER ("Defendant") of dispositions equal to 29.31979668 in bitcoin ("Bitcoin Amount"); however, because Defendant has failed to return the Bitcoin Amount, this Court enters a money judgment against Defendant for the price of such Bitcoin Amount using the price as of the date of the Hearing.

2. Judgment is rendered in favor of Plaintiff against Defendant the amount of USD $2,868,678.00 plus costs in the amount of $350.00 for the filing fee of this case, for a sum of $2,869,028.00 which shall accrue post-judgment interest at the federal judgment interest rate of 4.17 % per annum, for which total sum let execution issue.

###

Submitted by:
Gregory S. Grossman, Esq.
Maria J. Cortesi, Esq.
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: ggrossman@sequorlaw.com
mcortesi@sequorlaw.com

*(Attorney Grossman is directed to serve a copy of this order upon all interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order)*