**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

MIRROR TRADING INTERNATIONAL (PTY) LTD.,

Debtor in a Foreign Proceeding,
_________________________________/

Chapter 15
Case No.: 23-11046-PDR

CHAVONNES BADENHORST ST CLAIR COOPER, In His Capacity As The Foreign Representative of Mirror Trading International (PTY) Ltd.,

Plaintiff,

vs.

NATHAN BOEGER,

Defendant.
_________________________________/

Adv. Pro. No.: 24-01088-PDR

**COINBASE, INC.'S ANSWER TO POST-JUDGMENT WRIT OF GARNISHMENT AND DEMAND TO PLAINTIFF FOR PARTIAL PAYMENT OF ATTORNEY FEES**

COINBASE, INC. ("Garnishee") hereby answers (this "Answer") the *Post-Judgment Writ of Garnishment* [ECF No. 30] (the "Writ") served on it by the plaintiff ("Plaintiff") in the above-captioned adversary proceeding, as follows:

1. At the time of service of the Writ, upon receiving sufficient identifying information, and at the time of this Answer, and at all points between such times, Garnishee was not indebted to and was not in possession or control of any accounts in the name of, Nathan Boeger ("Defendant").

2. At the time of service of the Writ, upon receiving sufficient identifying information, and at the time of this Answer, and at all points between such times, Garnishee did not know of any other person indebted to the Defendant, or who may be in possession or control of any other property of the Defendant.

3. Garnishee's responses in this Answer are based upon a search of data contained in Garnishee's centralized customer identification and account information system. The system may not necessarily capture all relevant information concerning Defendant or Defendant's accounts. Accordingly, Garnishee reserves the right to amend or supplement this Answer.

4. Having fully answered the Writ served upon it, Garnishee demands from Plaintiff payment forthwith of $100.00 for partial payment of its attorney fees as provided by Florida Statute § 77.28 with respect to the preparation of this Answer.

[*Remainder of page intentionally left blank*]

**WHEREFORE**, Garnishee respectfully requests that this Court enter an order: (i) dissolving the Writ, (ii) allowing attorney fees in the amount of $100.00 pursuant to Florida Statute § 77.28 for partial payment of Garnishee's attorney fee, and (iii) granting such other and further relief as the Court deems just and proper.

Dated: June 25, 2025
Miami, Florida

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Rachel Nanes*

Rachel Nanes (FL Bar No. 85167)
Nicole McLemore (FL Bar No. 1010885)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500 (Main)
Telephone: (305) 423-8563 (Direct)
Facsimile: (305) 675-8206
Email: rachel.nanes@us.dlapiper.com
nicole.mclemore@us.dlapiper.com

*Counsel to Coinbase, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via electronic filing using the CM/ECF system with the Clerk of the Court and via e-mail service to all persons on the Service List below.

*/s/ Rachel Nanes*
Rachel Nanes (FL Bar No. 85167)

**SERVICE LIST**

| Party Name | Mailing Address | E-mail |
|---|---|---|
| Chavonnes Badenhorst St. Clair Cooper (Foreign Representative) | SEQUOR LAW PA<br>c/o Gregory S. Grossman and Maria Jose Cortesi<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131 | ggrossman@sequorlaw.com<br>mcortesi@sequorlaw.com |